UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GLENN HEATH,<br><br>Plaintiff,<br><br>v.<br><br>GREY DAVIS, et al.,<br><br>Defendants. | NO. EDCV 11-2058-AHS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

The Magistrate Judge recommended dismissal of the action without prejudice for failure to prosecute. The Report noted that four documents sent to Plaintiff by the court were returned because Plaintiff had been discharged from prison. (Report at 2.) Subsequently, the Report and Notice filed by the Magistrate Judge on March 8, 2012 (Dkt. Nos. 13-14) were also returned for the same reason. (Dkt. Nos. 15-16.)

1   IT IS ORDERED that judgment be entered dismissing this action without
2   prejudice.
3
4   DATED:  April 12, 2012

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
United States District Judge