UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GLENN HEATH,<br>        Plaintiff,<br>  v.<br>GREY DAVIS, et al.,<br>        Defendants. | No. EDCV 11-2058-AHS (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 12, 2012

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
United States District Judge