UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY GLENN HEATH, | ) | No. EDCV 11-2058-AHS (AGR) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| GREY DAVIS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 12, 2012

*ALICEMARIE H. STOTLER*
ALICEMARIE H. STOTLER
United States District Judge